FILED
2016 Nov-10  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANGELA MELTON f/k/a ANGELA BATTLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, and EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>Defendants. )<br>) | CASE NO. No. CV-15-K-2123-S |

### NOTICE OF *PRO TANTO* SETTLEMENT AS TO
### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

**COME NOW** Plaintiff Angela Melton f/k/a Angela Battle ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), by and through counsel, and hereby inform the Court that a settlement of the present matter has been reached with EXPERIAN, only.  The settling parties herein do not intend for this settlement to affect or settle the entire case or Plaintiff's claims against any other party.

Plaintiff and EXPERIAN have agreed to terms for which they anticipate that they will need approximately 60 days to conclude, and thereafter Plaintiff will file a dismissal with prejudice as to EXPERIAN only.

Counsel for Plaintiff and for EXPERIAN respectfully request this Honorable Court to retain jurisdiction for sixty (60) days in the event that a dispute arises regarding the settlement or the settlement is not consummated or completed within a reasonable time.

Respectfully submitted this the 10th day of November, 2016.

| | |
|---|---|
| */s/ M. Stan Herring*_____ | */s/ L. Jackson Young, Jr.*_____ |
| M. Stan Herring | A. James Spung |
| Watts & Herring, LLC | JONES DAY |
| The Kress Building | 1420 Peachtree Street Northeast |
| 301 19th Street North | Atlanta, Georgia 30309 |
| Birmingham, Alabama 35203 | Tel. 404-581-3939 |
| Telephone: (205) 714-4443 | Fax. 404-581-8330 |
| Facsimile: (888) 522-7167 | jspung@jonesday.com |
| | |
| *Attorney for Plaintiff* | *Pro Hac Vice Counsel for Defendant Experian* |
| *Angela Melton* | *Information Solutions, Inc.* |
| | |
| | L. Jackson Young, Jr. |
| | FERGUSON FROST MOORE & YOUNG, LLP |
| | 1400 Urban Center Drive |
| | Suite 200 |
| | Birmingham, Alabama 35242 |
| | LJY@ffmylaw.com |
| | Tel. 205-879-8722 |
| | Fax. 205-879-8831 |
| | |
| | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

{W0496471.1 }

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ L. Jackson Young, Jr.*

A. James Spung
JONES DAY
1420 Peachtree Street Northeast
Atlanta, Georgia 30309
Tel. 404-581-3939
Fax. 404-581-8330
jspung@jonesday.com

*Pro Hac Vice Counsel for Defendant Experian Information Solutions, Inc.*

L. Jackson Young, Jr.
FERGUSON FROST MOORE & YOUNG, LLP
1400 Urban Center Drive
Suite 200
Birmingham, Alabama 35242
LJY@ffmylaw.com
Tel. 205-879-8722
Fax. 205-879-8831

*Counsel for Defendant
Experian Information Solutions, Inc.*