IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA MELTON f/k/a ANGELA BATTLE, </br></br> Plaintiff, </br></br> v. </br></br> EQUIFAX INFORMATION SERVICES, LLC, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No.: </br> 2:15-cv-02123-AKK |

## JOINT STIPULATION OF PRO TANTO DISMISSAL WITH PREJUDICE

Plaintiff Angela Melton ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the pro tanto dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Experian Information Solutions, Inc., only, in the above-styled action with the parties to bear their own fees, costs and expenses. This dismissal is not intended to dismiss any claims against any other Defendant.

Respectfully submitted this 30th day of November, 2016.

John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-n72m)
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*

L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON FROST MOORE & YOUNG, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242
Tel. 205-879-8722
ljy@ffmylaw.com
*Counsel for Defendant Experian Information Solutions, Inc.*