FILED
2017 Jan-09 PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA MELTON f/k/a/ ANGELA BATTLE,**  <br><br>     **Plaintiff,**  <br><br>v.  <br><br>**EQUIFAX INFORMATION SERVICES, LLC, *et al.*,**  <br><br>     **Defendant.** | Civil Action Number <br> **2:15-cv-02123-AKK** |

## ORDER OF DISMISSAL

Consistent with the parties' Joint Stipulation of Dismissal With Prejudice, doc. 22, the claims against Equifax Information Services, LLC are hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this file. Each party to bear its own costs.

**DONE** the 9th day of January, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE